**Frode ANDERSON et al., Appellants, v. FEDERAL CARTRIDGE CORPORATION, a Corporation.**

**No. 13312.**

Circuit Court of Appeals, Eighth Circuit.
June 17, 1946.

C. Hamilton Luther, of Minneapolis, Minn., for appellants Donald W. Stewart and George F. Owens.

Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellee.

See also 156 F.2d 681.

PER CURIAM.

Appeal as to appellants Donald W. Stewart and George F. Owens dismissed without prejudice to rights of the other appellants, on motion of appellants Donald W. Stewart and George F. Owens.

**AMERICAN ENGINEERING COMPANY, Plaintiff, Appellant, v. STOKER CASTINGS & SERVICE, Inc., et al., Defendants, Appellees.**

**No. 4131.**

Circuit Court of Appeals, First Circuit.
July 15, 1946.

Kennard N. Ware, of Philadelphia, Pa. (J. Lewis Stackpole, of Boston, Mass., Carl F. Sibbe, of Philadelphia, Pa., Fish, Richardson & Neave, of Boston, Mass., and Howson & Howson, of Philadelphia, Pa., of counsel), for appellant.

Thomas M. Vinson, of Winchester, Mass., for appellees.

Before MAGRUDER, MAHONEY, and WOODBURY, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of the District Court filed December 21, 1944, 66 F.Supp. 816; appellees recover costs of appeal.

**In the Matter of Frank BAILEY et al., Petitioners.**

**No. 4170 Original.**

Circuit Court of Appeals, First Circuit.
April 29, 1946.

Submitted to MAGRUDER, MAHONEY, and WOODBURY, Circuit Judges.

PER CURIAM.

After hearing on application for stay of proposed sale of stock of Eastern Racing Association, Inc., pending appeals by Frank Bailey et al., appellants, against Securities and Exchange Commission et al., the following order of court was entered:

It is ordered that the motion for leave to file a petition for a writ of mandamus be, and the same hereby is, denied.

**Frank BAILEY v. SECURITIES AND EXCHANGE COMMISSION et al.**

**No. 4169.**

Circuit Court of Appeals, First Circuit.
June 14, 1946.

PER CURIAM.

Upon motion of appellants, it is ordered that this consolidated case be docketed, and it is further ordered that the appeals herein be, and the same hereby are, denied.